DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WALLACE LAWRENCE COWINGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3592

[February 19, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Carlton Heisey, Judge; L.T. Case No. 562004CF002467AXXXSL.

Wallace Lawrence Cowings, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***